

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00104-CV

Salvador Zavala
v.
Janet Salles, Jennifer Smith, and Sharon Ruiz

On appeal from the
343rd District Court of Bee County, Texas
Trial Cause No. B-17-1340-CV-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant although he is exempt from payment due to his affidavit of inability to pay costs.

We further order this decision certified below for observance.

July 12, 2018